UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18-cv-336-MOC

| | |
|---|---|
| LYNN STEINER, | )<br>) |
|       Plaintiff, | )<br>) |
| vs. | )    **ORDER**<br>) |
| ANDREW SAUL,<br>**Commissioner of Social Security,** | )<br>)<br>) |
|       Defendant. | )<br>) |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Remand (#14). Having considered the motion and reviewed the pleadings, the Court finds that good cause has been alleged for remand and that further administrative fact-finding is warranted.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Consent Motion for Remand (#14) is **GRANTED** and this matter is hereby **REMANDED** to Defendant for further administrative proceedings and development, all in accordance with Sentence Four of 42 U.S.C. § 405(g). **IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (#12) is denied without prejudice as **MOOT**. This action is otherwise **DISMISSED**.

Signed: June 28, 2019

Max O. Cogburn Jr.
United States District Judge