# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Lynn Steiner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00336-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| **Andrew Saul,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 28, 2019 Order.

June 28, 2019

*Frank G. Johns*
Frank G. Johns, Clerk